NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ALPHEUS ELITE HAMILTON, *Petitioner*.

No. 1 CA-CR 25-0422 PRPC

FILED 05-28-2026

Appeal from the Superior Court in Maricopa County
No. CR2014-132517-001
The Honorable Daniel G. Martin, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Robert E. Prather
*Counsel for Respondent*

Alpheus Elite Hamilton, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Michael J. Brown, Judge Veronika Fabian, and Vice Chief Judge David D. Weinzweig delivered the decision of the Court.

**PER CURIAM**:

**¶1**		Petitioner Alpheus Elite Hamilton seeks review of the superior court's order dismissing his petition for post-conviction relief. This is Hamilton's third petition.

**¶2**		Absent an abuse of discretion or error of law, we will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is Petitioner's burden to show the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**		We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  Hamilton has not established an abuse of discretion.

**¶4**		We therefore grant review and deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:		JR